NICHOLAS GOODMAN & ASSOCIATES, PLLC
333 Park Avenue South, Suite 3A
New York, N.Y. 10010
Tel. (212) 227-9003
Fax: (212) 937-2112

*Counsel to Diamond Cars "R" Us, Inc. and*
*Diamond Cars Are Us, Inc.*

**UNITED STATES BANKRUPTY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>DIAMOND FINANCE CO., INC.<br><br>                    Debtor. | Chapter 7<br>Case No. 20-71877 (REG) |
| Marc Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc.,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Auto City International, Inc., Diamond Cars "R" Us Inc., Diamond Cars Are Us Inc, Marcos Benzaquen, Jacob Benzaquen and John Does 1-10,<br><br>                    Defendants. | Adv. Proc. No. 8-21-08051 (REG) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** Nicholas Goodman & Associates, PLLC, hereby enters its appearance in the above-captioned case as counsel for **DIAMOND CARS "R" US, INC.** and **DIAMOND CARS ARE US, INC.**, Defendants in the Adversary Proceeding commenced against them in the above captioned matter, and request that all notices given or required to be given in this

case and all papers served or required to be served in this case, be served upon the undersigned at the following address:

>Nicholas Goodman & Associates, PLLC
>333 Park Avenue South, Suite 3A
>New York, N.Y. 10010
>Tel: (212) 227-9003
>Fax: (212) 937-2112
>ngoodman@ngoodmanlaw.com
>pselvey@ngoodmanlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by Creditors/Interested Parties, of: (i) the right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) the right to trial by jury in any proceeding as to any and all matters so triable; (iii) the right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity. All such rights are hereby reserved and preserved, without exception.

Dated: April 20, 2021
New York, New York
Nicholas Goodman, PLLC By: */s/ H. Nicholas Goodman* H. Nicholas Goodman