UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: DIAMOND FINANCE CO., INC. | Case No. 20-71877(REG)<br>Chapter 7 |
| Debtor(s). | |
| Marc Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc., | Adv. Pro. No. 21-0805 l(REG) |
| Plaintiff,<br>-against- | |
| Auto City International. Inc., Diamond Cars R Us Inc., Diamond Cars Are Inc., Marcos Benzaquen, Jacob Benzaquen and John Does 1-10, | |
| Defendant(s). | |

## INITIAL PRETRIAL ORDER

Discovery shall be completed on or before December 15, 2021.

Any dispositive motions shall be filed on or before January 31, 2022 or the relief sought in such motions shall be deemed to have been waived.

Any motions to amend the pleadings or to join other parties shall be filed on or before November 1, 2021

A final pretrial conference will be held on February 21, 2022, at 9:30 am in Courtroom 860, United States Bankruptcy Court, Central Islip, New York. In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum

and scheduling a trial date.

**Dated: Central Islip, New York**
**June 17, 2021**

**Robert E. Grossman**
**United States Bankruptcy Judge**

5861240-1