

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: JKOEVARY@OLSHANLAW.COM
DIRECT DIAL: 212.451.2265

November 11, 2021

**BY ECF**
Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato US Courthouse
290 Federal Plaza
Central Islip, NY 11722

      Re:   *Marc Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc., v. Auto City International Inc. et al.*, Adv. Pro. No. 8-21-08051

Dear Judge Grossman:

      This firm is special counsel to Marc Pergament, the Chapter 7 Trustee and the Plaintiff in the above-referenced adversary proceeding. On consent of the two Defendants who appeared in this adversary proceeding (Marcos Benzaquen, Jacob Benzaquen, Diamond Cars Are Us, Diamond Cars R Us), we respectfully request the Court to enter an Order in the form of the attached First Amended and Superseding Scheduling Order, amending the Initial Pretrial Order dated June 16, 2021 [Dkt. No. 13] to, among other things, extend certain deadlines therein by approximately sixty (60) days.

      Specifically, Plaintiff requests with consent, subject to this Court's calendar, to:

(i)     extend the parties' fact discovery deadline from December 15, 2021 to February 18, 2022;

(ii)    extend the parties' deadline to file dispositive motions from January 31, 2022 to March 31, 2022;

(iii)   extend the parties' deadline to file any motions to amend the pleadings or join other parties from January 31, 2022 to March 31, 2022; and

(iv)   adjourn a the final pre-trial conference scheduled for February 21, 2022 at 9:30 am to a date in April, 2022.

Thank you for your time and consideration.

Dated: New York, New York

      November 11, 2021

                                    Respectfully submitted,

                                    /s/ Jonathan Koevary

                                    Jonathan T. Koevary, Esq.