UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re: DIAMOND FINANCE CO., INC.

Debtor.

Case No. 20-71877(REG)
Chapter 7

---

Marc Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc.,

Plaintiff,

-against-

Auto City International, Inc., Diamond Cars "R" Us Inc., Diamond Cars Are Us Inc., Marcos Benzaquen, Jacob Benzaquen and John Does 1-10,

Defendants.

Adv. Pro. No. 21-08051 (REG)

---

## FIRST AMENDED AND SUPERSEDING SCHEDULING ORDER

The parties to the above-styled action, having advised the Court by letter of the status of the within action;

It is hereby **ORDERED** as follows:

(i)   This Order amends and supersedes the Initial Pretrial Order dated June 17, 2021 [Dkt. No. 13] with respect to all specific changes expressly set forth herein;

(ii)  The parties' fact discovery deadline is February 18, 2022;

(iii) The parties' deadline to file dispositive motions is March 21, 2022;

(iv)  The parties' deadline to file motions to amend the pleadings or join other parties is March 31, 2022; and

(v) The final pre-trial conference is rescheduled from to February 21, 2022 at 9:30am to April 25, 2022 at 9:30 am.

**SO ORDERED:**



Dated: Central Islip, New York  
      November 15, 2021

Robert E. Grossman  
United States Bankruptcy Judge

6041033-1