# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> DIAMOND FINANCE CO., INC., <br><br>                    Debtor. | Case No.: 20-71877-reg <br><br> Chapter 7 <br><br> Adv. Proc. No.: 21-08051-reg |
| Marc Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc., <br><br>                              Plaintiff, <br>              -against- <br><br> Auto City International, Inc., Diamond Cars "R" Us Inc., Diamond Cars Are Us Inc, Marcos Benzaquen, Jacob Benzaquen and John Does 1-10, <br><br>                              Defendants. | |

**[PROPOSED] ENTRY OF DEFAULT AGAINST AUTO CITY INTERNATIONAL, INC.**

Upon the motion dated December 16, 2021 [Dkt. No. [ ]] (the "Motion") of Marc A. Pergament, as Chapter 7 trustee (the "Trustee") of Diamond Finance Co., Inc., for entry of an default order under Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55(a) of the Federal Rules of Civil Procedure seeking entry of default against Auto City International, Inc. a New York Corporation and the accompanying declaration of Jonathan T. Koevary, Esq. (the "Declaration");  and the Court having jurisdiction to consider the Declaration and the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been sufficient; it is hereby

**ORDERED**, that default is hereby entered against Auto City International, Inc., a New York Corporation.

6069266-2